O. MATTHEWS K-39692 FAC-1 3/3164
(Name) 480 ALTA RD.
P.O. Box 799001
(Address)
San Diego, CA. 92179
(City, State, Zip)
K39692
(CDC Inmate No.)

**FILED**

JAN - 2 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ KM _____ DEPUTY

2254   1983 ✓
**FILING FEE PAID**
Yes _____ No ✓
**IFP MOTION FILED**
Yes ✓ No _____
**COPIES SENT TO**
Court ✓ ProSe

# United States District Court
## Southern District of California

OLIVER MATTHEWS JR ,
(Enter full name of plaintiff in this action.)

                    Plaintiff,

    v.

BOARD OF PAROLE HEARINGS
STATE OF CALIFORNIA
Hearings Officer: K. BAKER,
_____,
_____,
_____,
(Enter full name of each defendant in this action.)

                 Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

'08 CV 0011 JLS PCL

Civil Case No. _____
(To be supplied by Court Clerk)

Complaint under the
Civil Rights Act
42 U.S.C. § 1983

## A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.

_____

## B. Parties

1. Plaintiff: This complaint alleges that the civil rights of Plaintiff, OLIVER MATTHEWS
(print Plaintiff's name)
K39692 , who presently resides at RICHARD J. DONOVAN
(mailing address or place of confinement)
Department of Corrections and Rehabilitation , were violated by the actions
of the below named individuals. The actions were directed against Plaintiff at RICHARD
J. DONOVAN Department of Correction on (dates) 10-19-2007, 10-19-2007, and 10-19-2007
(institution/place where violation occurred)  (Count 1)  (Count 2)  (Count 3)

§ 1983 SD Form
(Rev. 4/06)

2. <u>Defendants</u>:  (Attach same information on additional pages if you are naming more than 4 defendants.)

Defendant  K. BAKER _____ resides in  San Diego, CA. ,
           (name)                                  (County of residence)

and is employed as a  Deputy Commissioner _____ .  This defendant is sued in
                                  (defendant's position/title (if any))

his/her ☑ individual ☐ official capacity.  (Check one or both.)  Explain how this defendant was acting

under color of law: Inconsistent/incompatible with employment.
Using prestige/influence of the state Department of Corrections
for private gain or advantage of an illegal nature.

Defendant _____ resides in _____ ,
                 (name)                               (County of residence)

and is employed as a _____ .  This defendant is sued in
                                  (defendant's position/title (if any))

his/her ☐ individual ☐ official capacity.  (Check one or both.)  Explain how this defendant was acting

under color of law: _____

_____

_____

Defendant _____ resides in _____ ,
                 (name)                               (County of residence)

and is employed as a _____ .  This defendant is sued in
                                  (defendant's position/title (if any))

his/her ☐ individual ☐ official capacity.  (Check one or both.)  Explain how this defendant was acting

under color of law: _____

_____

_____

Defendant _____ resides in _____ ,
                 (name)                               (County of residence)

and is employed as a _____ .  This defendant is sued in
                                  (defendant's position/title (if any))

his/her ☐ individual ☐ official capacity.  (Check one or both.)  Explain how this defendant was acting

under color of law: _____

_____

_____

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

<u>Count 1</u>: The following civil right has been violated: <u>Due Process</u>

(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

<u>Supporting Facts</u>: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]

Deputy Commissioner K. BAKER on 10-19-2007 did demonstrate a preformed/prejudged demeanor in the exercise's of my (MATTHEWS K39692) Board of Prison Hearing of charge 1: (225) Robbery and Charge 2: Battery on spouse. (455) D.C. K. BAKER displayed threatening and biased material in his decision making through infringements of statements of all testimonies- preforming/prejudging and prejudice's which are deleting the true facts of the situation and the weightier parts of truth which are clearly mis-handled and contains defamatory, intentionally false, intentionally inaccurate, abusive, harassing, and discriminatory material. In his statement of "basis for conclusion": he has fabricated the officer's testimony in say that officer VASQUEZ Badge No. 4193 testified that he'd responded to a "Fight." Officer Vasquez's testimony is even recorded that there was no activity on his arrival and that witnesses even told him that they'd seen nothing. Victim Belinda M. Williams stated as well in her testimony that we were talking and she hadn't made any of the comment's stated on the report.

(SEE ATTACHED SHEET)

Count 2:  The following civil right has been violated: _Free Speech & Freedom_

_from/of association_

(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts:  [Include all facts you consider important to Count 2.  State what happened clearly and in your own words.  You need not cite legal authority or argument.  Be certain to describe exactly what each defendant, _by name_, did to violate the right alleged in Count 2.]

On 10-19-2007 when asked about what happened by D.C K. BAKER. I prisoner MATT-HEWS K39692 began to respond in testimony of what has been happening with my girl-friend and I concerning her sickness as a diabetic and how that sometimes she may become unbalanced in communications and become angry out of the ordinary cir-cumstances and even say things that are bothering her but doesn't have anything to do with the present situation at hand. D.C. K.BAKER would not even allow me to give credible statement in testimony of what ▓▓▓▓▓ happened. He then fabricated that issue in his conclusion and called it basis of Battery on Spouse. This is a clear demonstration of violating my civility to speak and be counted in the object-ivity of innocence, and association.

Count 3:  The following civil right has been violated: freedom from cruel and
unusual punishment
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts:   [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, by name, did to violate the right alleged in Count 3.]

On 10-19-2007 D.C. BAKER also not only dis-allowed testimonies to carry weight in objectivity; but also never presented any evidence of support to the police report; but are using this prejudgement unto basing a decision not to allow me (prisoner MATTHEW K39692) to continue my parole; which, are as reported in full compliance with the parole agents report. D.C. K. BAKER has obviously demonstrated cruel distinctions between truth and civility of rights given for person's whom innocence are clearly of the correspondence to obtain such supportive agenda; but has also as demonstrated unusual judgement and punishment that if investigated in it's proper nature-not out of prejudice or discriminating motive the court shall find an innocent man whom has been denied treatment of dignity and respect.

**D. Previous Lawsuits and Administrative Relief**

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case? ☐ Yes ☑ No.

If your answer is "Yes", describe each suit in the space below. [If more than one, attach additional pages providing the same information as below.]

(a)  Parties to the previous lawsuit:
Plaintiffs: _____

Defendants: _____

(b)  Name of the court and docket number: _____

_____

(c)  Disposition: [ For example, was the case dismissed, appealed, or still pending?] _____

_____

(d)  Issues raised: _____

_____

_____

_____

_____

(e)  Approximate date case was filed: _____.

(f)  Approximate date of disposition: _____.

2. Have you previously sought and exhausted all forms of informal or formal relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDC Inmate/Parolee Appeal Form 602, etc.] ? ☑ Yes ☐ No.

If your answer is "Yes", briefly describe how relief was sought and the results.  If your answer is "No", briefly explain why administrative relief was not sought.

_____ ( SEE ATTACHED SHEET ) _____

_____

_____

_____

_____

_____

_____

**E. Request for Relief**

Plaintiff requests that this Court grant the following relief:

      1. An injunction preventing defendant(s): _to cease of any harrass-ments / Discriminations / Reprisal / Retaliation / Invasion of Privacy or any such enactments violating human rights, or Civil Rights to due processes of law._

      2. Damages in the sum of $ _____.

      3. Punitive damages in the sum of $ _200,000_____.

      4. Other: _Pain and Suffering in the sum of $ 70,000_

**F. Demand for Jury Trial**

    Plaintiff demands a trial by ☐ Jury ☐ Court. (Choose one.)

**G. Consent to Magistrate Judge Jurisdiction**

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☑ Plaintiff consents to magistrate judge jurisdiction as set forth above.    **OR**    ☐ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

_12-20-2007_
Date

_Olin Martin_
Signature of Plaintiff

F420-118U

STATE OF CALIFORNIA
CHARGE SHEET/REVOCATION TRACKING/SCHEDULING REQUEST
CDC 1676 (4/91)

DISTRIBUTION:    DEPARTMENT OF CORRECTIONS
ORIGINAL - BOARD REPORT
1ST COPY - R.H.C.

REPORT TO·    [X] BOARD OF PRISON TERMS
              [ ] NARCOTIC ADDICT EVALUATION AUTHORITY

2ND COPY - H.A.
3RD COPY - PAROLEE
4TH COPY - U.S.

| CDC NUMBER | NAME (LAST, FIRST, MI) | NAME BOOKED AS | REGION/UNIT | CSTCU - ST |
|---|---|---|---|---|
| K39692 | MATTHEWS, OLIVER | SAME | IV CV III | [ ] YES [X] NO |

| ARREST DATE | ARRESTING AGENCY | BPT REFERRALS | BOOKING NUMBER AND/OR LOCATION |
|---|---|---|---|
| 09-19-07 | SDPD | [ ] MANDATORY [X] NON-MANDATORY | 7770766/ SDCJ |

| ARREST CODE · | * ARREST CODES: A P&CSD STAFF ALONE / AB P&CSD ASSISTED BY LAW ENFORCEMENT AGENCY / D LAW ENFORCEMENT AGENCY ALONE / LAW ENFORCEMENT AGENCY WITH INFORMATION FROM P&CSD |
|---|---|
| B | |

| HOLD DATE | DISCOVERY DATE | HOLD REMOVED DATE | AGENT OF RECORD | CONTROLLING DISCHARGE DATE | DISCHARGE REVIEW DATE | IMMINENT DISCHARGE |
|---|---|---|---|---|---|---|
| 09-20-07 | 09-20-07 | INTACT | A. KEMP | 12-02-07 | 12-02-07 | |

| CHARGES AND CODES | | CHARGES AND CODES | |
|---|---|---|---|
| 1. ROBBERY (225) | | 4. | |
| 2. BATTERY ON SPOUSE (455) | | 5. | PAROLEE COPY / CalPAP |
| 3. | | 6. | |

| REASON FOR RETAINING PAROLE HOLD. PAROLEE DANGER TO: | DATE COPY SENT TO PAROLEE | INITIALS OF PERSON SENDING |
|---|---|---|
| [ ] ABSCOND [ ] SELF [ ] PROPERTY-OTHERS [X] SAFETY-OTHERS | | |

On 09-19-07, at approximately 2050 hours Officer Borjas #5570 and Vasquez #4193 responded to call regarding a male and a female fighting in the middle of the street at the intersection of 18th Avenue and Broadway. Officer Vasquez spoke to the victim Belinda Williams.

Miss Williams told Officer Vasquez that she has known Matthews for approximately 8 months and lived together for approximately 2 months. They are now friends. Miss Williams said that she agreed on helping Matthews with some food and gas. Matthews demanded for half of the one hundred dollars that Miss Williams had after purchasing the food and gas. Matthews became angry and she exited the vehicle for fear of safety. Matthews then followed her and snatched her purse and hand bag from her hand. Miss Williams attempted to get her purse back as Matthews was walking back to his vehicle. Matthews then grabbed her by the neck and pushed her to the ground. Matthews dropped the handbag on the street and attempted to drive away. Miss Williams got back into the vehicle and she was pushed out of his car. She sustained an abrasion to her knee and a swollen lip.

Photos were taken and kept in the control property room under tag # 030942.

Matthews was arrested on site and booked in the county.

CASE CONFERENCE: Agent Dominguez spoke to T. Schulte PA III about this arrest. A return to custody is recommended.

COURT INFORMATION: No pending data at this time.

WITNESSES: See CDC 1654.

ATTACHMENTS: SDPD report dated 09-20-07.

| PAROLEE'S NAME | | CDC NUMBER |
|---|---|---|
| | MATTHEWS, OLIVER | K39692 |

Page 1 of 3

FROM 619-233-4206                    (WED)SEP 26 2007 8:50/ST. 8:44/No. 7500000467 P 8

| Continued From:<br>ARR/JUV. CON. | San Diego Regional<br>Officer's Report Narrative | | Incident Number<br>07090041690 | |
|---|---|---|---|---|
| Page<br>7 of 8 | | | Case Number<br>07056055 | |
| Code Section And Description (one incident only)<br>211 / PC / ROBBERY | | Date<br>09/19/2007 | Day of Week<br>WED | Time<br>20:50 |
| Location Of Incident (Or Address)<br>1000 08TH AV | | City | District | Beat |
| Person(s) Involved: Victim<br>Williams, Belinda Michelle | | | | |
| Suspect (If Named)<br>Matthews, Oliver Jr | | | | |
| Property Tag No.(s)<br>030842 | | | | |

## SYNOPSIS:

Oliver Matthews snatched Belinda Williams' purse and handbag away from her grasp and then pushed her down on the ground when she attempted to retrieve her listed property.

## ORIGIN:

Officer Borjas #5570 and I were dispatched to 8th AV. and Broadway regarding a report of a male and a female who were fighting in the middle of the street.

## INVESTIGATION:

Prior to our arrival Officer Lopez #5892 and Officer Gilmore #5919 were flagged down by Williams at 1000 8th AV. Williams advised Officer Lopez and Officer Gilmore that Matthews had just assaulted her. Officer Lopez and Officer Gilmore subsequently detained Matthews until Officer Borjas arrived on scene and took custody of him.

## BACKGROUND:

Williams said she met Mathews approximately 8 months ago while they were attending a drug rehab program. Williams said she and Matthews lived together for approximately 2 months during the 8 months they were dating. Williams said she and Matthews separated about 2 weeks ago however they have remained friends.

## STATEMENT (S):

Upon my arrival I spoke with Williams. Williams told me this evening Matthews called her and asked her if she could help him with purchasing some food and gas for his car. Williams said she agreed and Matthews picked her up in his car. Williams told me at the intersection of 8th AV. and Broadway Matthews began asking her for half of the hundred dollars that she had left from the food and gas that she had just purchased. Williams said when she refused Matthews became angry and demanded that she give him some money. Williams said she subsequently feared for her safety and got out of Matthews' vehicle with her purse and handbag. Williams said as she was walking to the sidewalk Matthews had gotten out of his car and then suddenly snatched her purse and handbag away from her left hand. Williams told me she then attempted to grab her purse and handbag away from Matthews as he was walking back to his vehicle however he grabbed her by her neck and pushed her down on the ground. Williams said she began yelling for help and asking someone to call the police. Williams told me Matthews dropped her purse and



| Reporting Officer<br>VASQUEZ | ID #<br>4193 | Division<br>C2 | Approved By | Date of Report<br>09/20/2007 | Time<br>00:04 |
|---|---|---|---|---|---|

Continued Y

FROM 619-233-4206                    (WED)SEP 26 2007  8:60/ST. 8:44/No. 7600000467 P  9

| Continued From:<br>ARR/JUV. CON. | | | San Diego Regional<br>Officer's Report Narrative | | Incident Number<br>07090041690 | | |
|---|---|---|---|---|---|---|---|
| Page<br>8 of 8 | | | | | Case Number<br>07056055 | | |
| Code Section And Description (one incident only)<br>211 / PC / ROBBERY | | | | Date<br>09/19/2007 | Day of Week<br>WED | | Time<br>20:50 |
| Location Of Incident (Or Address)<br>1000 08TH AV | | | | | City | District | Beat |
| Person(s) Involved: Victim<br>Williams, Belinda Michelle | | | | | | | |
| Suspect (If Named)<br>Matthews, Oliver Jr | | | | | | | |
| Property Tag No.(s)<br>030842 | | | | | | | |



handbag on the ground and then attempted to drive away in his vehicle. Williams said to prevent Matthews from driving away she got into the passenger seat of his vehicle and attempted to turn his car off. Williams said Matthews pushed her out of his car however she was able to flag down a Police Officer who was driving by in his patrol car.

### EVIDENCE:

A/Sgt. Butchart #5153 responded to the scene and took 5 digital photographs of Williams and her injuries. A/Sgt. Butchart impounded the photo disk in Central's Property room on tag #030842.

### INJURIES:

Williams sustained an abrasion on her left knee when Matthews pushed her down on the street and a swollen lip when he pushed her out of his vehicle.

### PROPERTY DAMAGE:

None

### FOLLOW-UP:

None

### RELATED REPORTS:

See Officer Borjas' report for Matthews' statement.

| Reporting Officer<br>VASQUEZ | ID #<br>4193 | Division<br>C2 | Approved By | Date of Report<br>09/20/2007 | Time<br>00:04 |
|---|---|---|---|---|---|

Continued Y

FROM 619-233-4206                    (WED)SEP 26 2007  9:49/ST. 9:44/No. 7500000487 P  6

| Continued From:<br>ARR/JUV. CON. | **San Diego Regional**<br>**Officer's Report Narrative** | Incident Number<br>07090041690 | |
|---|---|---|---|
| Page<br>5 of8 | | Case Number<br>07055055 | |
| Code Section And Description (one incident only)<br>211 / PC / ROBBERY | Date<br>09/19/2007 | Day of Week<br>WED | Time<br>20:50 |
| Location OI Incident (Or Address)<br>1000 08TH AV | | City | District | Beat |

Person(s) Involved: Victim
Williams, Belinda Michelle
Suspect (If Named)
Matthews, Oliver Jr
Property Tag No.(s)
030842

## DESCRIBE ALL EVIDENCE AND DISPOSITION

Digital photo disk impounded in Central's Property room on tag #030842.

## WITNESSES

WERE WITNESSES PRESENT DURING DOMESTIC VIOLENCE?    **NO**
IS WITNESS INFO LISTED ON ARJIS FORMS?    **NO**
WERE STATEMENT (s) TAKEN?    **NO**

## WITNESS / CHILDREN

WERE CHILDREN PRESENT DURING DOMESTIC VIOLENCE?    **NO**
STATEMENT(s) TAKEN?    **NO**

ALL Children Present: (more than three list in narrative)

| 1.  Name, Age, and DOB | | 2.  Name, Age, and DOB | | 3.  Name, Age, and DOB | |
|---|---|---|---|---|---|
| ☐ Apologetic | ☐ Afraid | ☐ Apologetic | ☐ Afraid | ☐ Apologetic | ☐ Afraid |
| ☐ Threatening | ☐ Calm | ☐ Threatening | ☐ Calm | ☐ Threatening | ☐ Calm |
| ☐ Calm down | ☐ Irrational | ☐ Calm down | ☐ Irrational | ☐ Calm down | ☐ Irrational |
| ☐ Tearful/Crying | ☐ Upset | ☐ Tearful/Crying | ☐ Upset | ☐ Tearful/Crying | ☐ Upset |
| ☐ Hysterical | ☐ Angry | ☐ Hysterical | ☐ Angry | ☐ Hysterical | ☐ Angry |
| ☐ Nervous | | ☐ Nervous | | ☐ Nervous | |
| ☐ Other: Explain | | ☐ Other: Explain | | ☐ Other: Explain | |

| RESTRAINING ORDERS: | VICTIM GIVEN: |
|---|---|

**NO**    **CURRENT or EXPIRED**     ☐ DOMESTIC VIOLENCE INFORMATION SHEET (PD-964)
         **TYPE: N/A**               ☐ SDPD CRIME CASE NUMBER
ISSUING COURT:                       ☐ DOMESTIC VIOLENCE UNIT PHONE NUMBER
                                     MEDICAL RECORDS WAIVER FORM SIGNED?
ORDER/DOCKET NUMBER:                 **YES** If no, reason why?

VICTIM WILL BE AT A TEMPORARY ADDRESS? **NO**

| Reporting Officer<br>VASQUEZ | ID #<br>4193 | Division<br>C2 | Approved By | Date of Report<br>09/20/2007 | Time<br>00:04 |
|---|---|---|---|---|---|

**Continued Y**

FROM 619-233-4206                    (WED)SEP 26 2007  8:48/ST. 8:44/No. 7500000467 P  5

| Continued From:<br>ARR./JUV. CON. | San Diego Regional<br>**Officer's Report Narrative** | | Incident Number<br>07090041690 | |
|---|---|---|---|---|
| Page<br>4 of 8 | | | Case Number<br>07056055 | |
| Code Section And Description (one incident only)<br>211 / PC / ROBBERY | | Date<br>09/19/2007 | Day of Week<br>WED | Time<br>20:50 |
| Location OI Incident (Or Address)<br>1000 08TH AV | | City | District | Beat |
| Person(s) Involved: Victim<br>Williams, Belinda Michelle | | | | |
| Suspect (If Named)<br>Matthews, Oliver Jr | | | | |
| Property Tag No.(s)<br>030842 | | | | |

## MEDICAL TREATMENT

☐ NONE                    PARAMEDICS AT SCENE:    HOSPITAL:
☐ WILL SEEK OWN DOCTOR         **NO**
☐ FIRST AID               UNIT NUMBER
☐ PARAMEDICS                              ATTENDING PHYSICIAN(S):
☐ HOSPITAL                PARAMEDICS NAMES
☒ REFUSED MEDICAL AID        (Medic Names & Id)

## RELATIONSHIP BETWEEN VICTIM AND SUSPECT

☐ SPOUSE         ☐ FORMER SPOUSE           LENGTH OF RELATIONSHIP
☐ COHABITANTS    ☒ FORMER COHABITANTS
☐ ENGAGED        ☐ FORMER DATING           YEAR (S) **8** MONTH (S)
☐ SAME SEX       ☐ EMANCIPATED MINOR    IF APPLICABLE,
☐ DATING         ☐ PARENTS OF CHILD     DATE RELATIONSHIP ENDED:
                    FROM RELATIONSHIP

PRIOR HISTORY OF DOMESTIC VIOLENCE UNDOCUMENTED?**NO**
PRIOR HISTORY OF VIOLENCE DOCUMENTED?        **NO**        ☐ MINOR ☐ SERIOUS
NUMBER OF PRIOR INCIDENTS:
CASE NUMBER(s)
INVESTIGATING AGENCY:

## EVIDENCE COLLECTED (DESCRIBE ALL PHOTOGRAPHS)

~~PHOTOS:~~**YES**    ~~If NO, Why?    1 photo of victim and 4 photos of her injuries.~~

FROM:   1000 8th AV.                    Number: 5    TYPE: ☒ 35mm ☐ Polaroid
TAKEN BY: A. Butchart #5153

☐ Other:
Photo's of victim's injuries:     **YES**    Weapon(s) impounded:            **NO**
Photo's of suspect's injuries:    **NO**     Firearm(s) impounded for safety: **NO**
Weapon used during incident    **NO**        PROPERTY TAG NUMBER (S):
Photo's of property damage:     **NO**
Type of weapon used:

| Reporting Officer<br>VASQUEZ | ID #<br>4193 | Division<br>C2 | Approved By | Date of Report<br>09/20/2007 | Time<br>00:04 |
|---|---|---|---|---|---|

**Continued Y**

FROM 619-233-4206                    (WED)SEP 26 2007  8:48/ST. 8:44/No. 7500000487 P  4

| Continued From:<br>ARR/JUV. CON. | **San Diego Regional**<br>**Officer's Report Narrative** | | Incident Number<br>07090041690 |
|---|---|---|---|
| Page<br>3 of8 | | | Case Number<br>07056055 |
| Code Section And Description (one incident only)<br>211 / PC / ROBBERY | | Date<br>09/19/2007 | Day of Week<br>WED / Time<br>20:50 |

| Location Of Incident (Or Address)<br>1000 08TH AV | | City | District | Beat |
|---|---|---|---|---|

| Person(s) Involved: Victim<br>Williams, Belinda Michelle |
|---|
| Suspect (If Named)<br>Matthews, Oliver Jr |
| Property Tag No.(s)<br>030842 |

## SAN DIEGO POLICE DEPARTMENT
## DOMESTIC VIOLENCE SUPPLEMENTAL

*Use Arrows or Tab key to Navigate and Space Bar or Point and Click to Select.*

## SUSPECT

| | | | |
|---|---|---|---|
| ☐ ANGRY | ☐ COMPLAINT OF PAIN | ☒ ANGRY | ☐ COMPLAINT OF PAIN |
| ☐ APOLOGETIC | ☐ BRUISE (S) | ☐ APOLOGETIC | ☐ BRUISE (S) |
| ☐ CRYING | ☒ ABRASION (S) | ☐ CRYING | ☐ ABRASION (S) |
| ☒ FEARFUL | ☐ MINOR CUT (S) | ☐ FEARFUL | ☐ MINOR CUT (S) |
| ☐ HYSTERICAL | ☐ LACERATION (S) | ☐ HYSTERICAL | ☐ LACERATION (S) |
| ☐ CALM | ☐ CONCUSSION (S) | ☐ CALM | ☐ CONCUSSION (S) |
| ☐ IRRATIONAL | ☐ OTHER: EXPLAIN | ☒ IRRATIONAL | ☐ OTHER: EXPLAIN |
| ☒ NERVOUS | ☐ Under the Influence: | ☐ NERVOUS | ☐ Under the Influence: |
| ☐ THREATENING | Alcohol ☐  Drugs ☐ | ☒ THREATENING | Alcohol ☐  Drugs ☐ |
| ☐ OTHER: EXPLAIN | | ☐ OTHER: EXPLAIN | |
| | **ALWAYS** explain<br><u>OPPOSITES</u> in narrative. | | **ALWAYS** explain<br><u>OPPOSITES</u> in narrative. |

## DESCRIBE ALL CONDITIONS OBSERVED

**PHYSICAL:**  Belinda Williams sustained a swollen lower lip and an abrasion on her left knee.

**EMOTIONAL:**  Williams told me she was upset over the incident and fearful of Oliver Matthews' vio;ent behavior.

**CRIME SCENE:**  The incident occurred on 1000 8th AV. in the middle of the street.

| Reporting Officer<br>VASQUEZ | ID #<br>4193 | Division<br>C2 | Approved By | Date of Report<br>09/20/2007 | Time<br>00:04 |
|---|---|---|---|---|---|

**Continued Y**



BOARD OF PRISON TERMS
**PAROLEE – ATTORNEY DECISION FORM**
BPT 1104(b)

STATE OF CALIFORNIA

ASSESSMENT OFFER OF: ___*10*___ months    (INELIGIBLE)    ELIGIBLE    (circle one)

---

☐ **NOTICE ACKNOWLEDGEMENT:** I have gotten and understand(or had explained to me) all necessary documents except the following (indicate form name and description or indicate "N/A" if you got everything):_____

*Select one of the five following options:*

☐ **1. ACCEPT:** I accept the return to custody order (assessment offer) and unconditionally give up my rights to contest the charges against me or have a probable cause or full revocation hearing. I also agree to any and all special conditions of parole imposed on me by the Board of Prison Terms.

☐ **2. OPTIONAL WAIVER:** I accept the assessment offer and optionally give up my right to a hearing (probable cause and full revocation) at this time because local charges have been filed. I may choose to have a hearing later (within 15 days of the end of local proceedings).

☐ **3. I request a PROBABLE CAUSE HEARING.** I understand that the assessment offer will remain open until the conclusion of the Probable Cause Hearing.

☐ **4. I request an EXPEDITED PROBABLE CAUSE HEARING.** (Please describe reason for this request on separate sheet. Note, an offer of proof is required to show there is a complete defense to the charges that are the basis of the parole hold).

☒ **5. REJECT:** I reject the screening offer, give up my right to a probable cause hearing, and request a full revocation hearing.

　　☐ I intend to **admit** to the charges circled below. (Circle the appropriate charge numbers only; those not circled are presumed to be a plea of either deny or no plea):
　　　▪ **Charges I Admit :**　　1　　2　　3　　4　　5　　6　　7　　8
　　_____

☐ I need the following ADA and/or foreign language accommodation for my hearing:_____

☐ **WAIVERS:** I give up my right to the following: (*Select all boxes that apply*)

　　☐ I give up my right to call any witnesses at my full revocation hearing.

　　☐ I give up my right to call my parole agent to attend my full revocation hearing.

　　☐ I need _____ more days to prepare. I give up my right to have a timely (probable cause/full revocation) hearing. (Circle one or both).

| Signature of Inmate/Parolee | ☐ Inmate/Parolee refused to sign/appear (circle one or both). Witness: | Date *(illegible)* |
|---|---|---|
| Printed Name and Signature of Attorney  *Jacoby* | Telephone Number ( ) | Date *(illegible)* |

---

**NAME**　　　　　　　　　**CDC NUMBER**　　　　　　　　　**INST/REGION**

BPT 1104-B (Rev 01/05)
Distribution: White-C-file  Green-BPT  Canary- Field File  Pink-Inmate/Parolee  Goldenrod-Att...

BOARD OF PAROLE HEARINGS
STATE OF CALIFORNIA

**\*PRIORITY CASE\***

## SUMMARY OF REVOCATION HEARING AND DECISION

(BPH Rules, Chapter 6, Article 3)

| Records Office Use Only |
| --- |
| Projected Revocation Release Date |
| Revocation Release Date |
| Controlling Discharge Date |
| Discharge Review Date |

### PRELIMINARY INFORMATION

| Type of Hearing | Location of Hearing |
| --- | --- |
| REVOCATION | R J DONOVAN RECEPTION CENTER |
| | Parolee in custody at Time of Hearing: YES |

| Basis for Charges | Optional Waiver |
| --- | --- |
| Parole Violation Report, Dated: 01-OCT-2007 | NO  Date Signed by Parolee: |
| | Date of BPH Action: |
| Police Report Agency  Dated: | |
| | Assessment: |

**Legal Data**

The crime for which the parolee was committed to prison occurred on or before 12-31-1978: NO
The crime for which the parolee was committed to prison occurred on or after 1-1-1979:  YES
Date of arrest on current parole violation charge(s):  19-SEP-2007
Date hold was placed on current parole violation charge(s):  20-SEP-2007

**ADA**   Special Needs:

**Present at Hearing**     Hearing Officer: K BAKER

1. [X] Yes  [ ] No  Parolee (If Parolee absent, Why?)
2. [X] Yes  [ ] No  Attorney Name: JACOBY, J                    [ ] Waived
3. [X] Yes  [ ] No  Agent of Record or Substitute: KEMP, ANDREA    Reason not present:
4. [ ] Yes  [ ] No  Hearing Agent:                               Reason not present:
5. [ ] Yes  [X] No  Observers    Name and Organization:
6. [ ] Yes  [X] No  Interpreter Assigned Language                Name

**Witnesses** (continue on the last page if more than 8 witnesses)

| Present | | Name | Notified | | Wit. Desig.** | | Testified | Excused | If absent, state specific reason. |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Yes | No | | Meth.* | Date | Stat. | Req. | | | |
| X | | OFFICER VASQUEZ | SP | 10-OCT-07 | A | S | X | | |
| X | | BELINDA MICHELE WILLIAMS | SP | 10-OCT-07 | A | S | X | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

*NOTIFICATION METHOD

M = Memo          PC = Personal Contact
L = Letter        SP = Subpoena
PH = Phone        TT = Teletype

**USE ABBREVIATION FOR WITNESS DESIGNATION

Status:  A = Adverse          Requested by:  S = State
         F = Friendly                         P = Parolee
         V = Victim

| NAME | CDC NUMBER | INST/REGION / AGENT | HEARING DATE |
| --- | --- | --- | --- |
| MATTHEWS, OLIVER | K39692 | CHULA VISTA 3 / 4 | 19-OCT-2007 |
| | | KEMP, ANDREA | |

BPH 1103-REV (Rev. 01/05) Electronic          Page 1 of 5          PERMANENT ADDENDUM

BOARD OF PAROLE HEARINGS                                                   STATE OF CALIFORNIA
## SUMMARY OF REVOCATION HEARING AND DECISION

**Preliminary Information (cont.)**

H. HEARING:    Occurred

REASON:

Specify Witnesses/Documents needed for next hearing:

| |
|---|

---

### SUMMARY OF FINDINGS

**ADMISSIONS/DENIALS AND FINDINGS**

| Charges | | | Plea | | | Findings | | |
|---|---|---|---|---|---|---|---|---|
| Charge Number | Code Number | Charge Specified | Admit | Deny | No Plea | Good Cause | Dismiss | Postponed |
| 1. | 225 | Robbery (no weapon) | | X | | X | | |
| | | | | | | | | |
| 2. | 455 | Battery spouse/child | | X | | X | | |
| | | | | | | | | |

| NAME | CDC NUMBER | INST/REGION / AGENT | HEARING DATE |
|---|---|---|---|
| MATTHEWS, OLIVER | K39692 | CHULA VISTA 3 / 4 | 19-OCT-2007 |
| | | KEMP, ANDREA | |

BPH 1103-REV (Rev. 01/05) Electronic                Page 2 of 5                PERMANENT ADDENDUM

BOARD OF PAROLE HEARINGS                                                                STATE OF CALIFORNIA
## SUMMARY OF REVOCATION HEARING AND DECISION

### SUMMARY OF DISPOSITION

Parole Referral:  REFER

Custody Status:  In Custody as of 20-SEP-07

[ ] Continue on Parole    [ ] Schedule for Revocation

[ ] Dismiss    [ ] Other Non-Rev Sanction

[X] Parole Revoked-Return to Custody: 10 months

Serve  [ ] Consecutively  [ ] Concurrently

[ ] Parole Revoked-Return to Custody:  months for Psych Rx

[ ] Time Served:                 to

Hold Order:  [ ] Place  [ ] Remove

**3057 Credits**

[ ] Eligible

[X] Ineligible 3057d-1    Reason for Ineligibility:

    [ ] Commitment Offense:

    [X] Revocation Offense:   ATT ROBBERY

    [ ] Parole Violation:

    [ ] Sentenced under PC 1168:

[ ] Unsuitable for credits because of PC 3057(d)(2)(e)

    [ ] Prior Criminal History

    [ ] Circumstances & Gravity of Parole Violation

Specify Reason

---

**Parolee Decision**

[ ] Accept    [ ] Reject    [ ] Optionally Waive

**Optional Waivers**

[ ] Previous BPH Action of _____ is:

    [ ] Rescinded    [ ] Reaffirmed

**Special Conditions of Parole**

[X] Noted    [ ] Reaffirmed    [ ] Amended

**Other**

| Special Condition | Reason |
|---|---|
|  |  |

Instructions to CDCR or DAPO Staff

Miscellaneous Actions

---

**BPH HEARING PANEL**

| NAME: | | REVOCATION HEARING TIME (MINUTES) | |
|---|---|---|---|
| NAME: _(signature)_ | | 1. Prehearing Prep. Time: | 10 |
| | | 2. Actual Hearing Time: | 65 |
| DECISION REVIEW BY: | | 3. Report Completion Time: | 10 |
| | | 4. Other: | |
| | | **Total:** | 85 |

Hearing Accommodations (ADA) Provided: [ ] Yes  [ ] No

Accom:

| NAME<br>MATTHEWS, OLIVER | CDC NUMBER<br>K39692 | INST/REGION / AGENT<br>CHULA VISTA 3 / 4<br>KEMP, ANDREA | HEARING DATE<br>19-OCT-2007 |
|---|---|---|---|

BPH 1103-REV (Rev. 01/05) Electronic                Page 4 of 5                PERMANENT ADDENDUM

BOARD OF PAROLE HEARINGS                                                                                    STATE OF CALIFORNIA
## SUMMARY OF REVOCATION HEARING AND DECISION

### REASON FOR DECISION

**Basis for Conclusion:**

CHARGE # 1 : ATT ROBBERY : GCF : OFFICER VASQUEZ TESTIFIED THAT HE RESPONDED TO A FIGHT AND
INTERVIEWED VICTIM WILLIAMS WHO TOLD HIM THAT SHE AND S WERE ARGUING ABOUT MONEY AS S WANTED
$50.00. SHE GOT OUT OF HIS VEHICLE AND S THEN GOT OUT THE VEHICLE AND GRABBED HER PURSE AND
HANDBAG. VICTIM WILLIAMS WENT AFTER S AS HE WAS GOING BACK TO HIS VEHICLE AND TRIED TOM GET HER
HAND BAG BACK. S GRABBED HER BY THE THROAT AND THREW HER TO THE GROUND. THE VICTIM WAS
SCREAMING FOR SOMEONE TO CALL THE POLICE AND TRIED TO GET INTO S' VEHICLE TO PREVENT HIM FROM
LEAVING. S THEN PUSHED HER OUT OF HIS VEHICLE. THE VICTIM SUSTAINED A BRUISED KNEE AND A SWOLLEN LIP
FROM BEING PUSHED TO THE GROUND AND KICKED OUT OF THE VEHICLE. VICTIM WILLIAMS TESTIFIED THAT SHE
DIDN'T REMEMBER WHAT HAPPENED THAT DAY OR WHAT SHE TOLD THE POLICE. SHE STATED SHE WAS MAD AND
DOESN'T REMEMBER S GRABBING HER OR PUSHING HER TO THE GROUND OR PUSHING HER OUT OF THE VEHICLE.
SHE FURTHER STATED THAT SHE DOESN'T THINK S EVER GOT HER PURSE OFF HER ARM. S STATED THAT THE
VICTIM IS A DIABETIC AND SHE WAS HAVING PROBLEMS. HE TRIED TO STOP HER FROM GOING AWAY AND HE
GRABBED HER ARM AND SHE FELL OFF THE CURB. S STATED HE WAS JUST TRYING TO TALK TO HER.
CHARGE # 2 : BATTERY ON SPOUSE : GCF : (SEE ABOVE)

**Basis for Disposition:**

C/O   PT/W PRIOR                                    2ND TERMER                              PD 7/15/04
CRIMINAL HISTORY     BURG 1ST AND POSS CS
PRIOR VIOLATIONS     USE OF COCAINE, POSS OF COCAINE
S HAS A HISTORY OF DRUGS AND PROPERTY CRIMES. S HAS FAILED TO ABIDE BY THE LAW BY BEING INVOLVED IN
FELONIOUS ACTS. ALTERNATIVE SANCTIONS HAVE BEEN CONSIDERED AND DEEMED TO BE INAPPROPRIATE DUE TO
PUBLIC SAFETY CONCERNS. IN THE INTEREST OF PUBLIC SAFETY A RTC IS ORDERED.
RTC 10 MONTHS INELIGIBLE.

| NAME | CDC NUMBER | INST/REGION / AGENT | HEARING DATE |
|------|-----------|---------------------|--------------|
| MATTHEWS, OLIVER | K39692 | CHULA VISTA 3 / 4 | 19-OCT-2007 |
| | | KEMP, ANDREA | |

BOARD OF PAROLE HEARINGS                                                STATE OF CALIFORNIA
## SUMMARY OF REVOCATION HEARING AND DECISION
### V. OBJECTIONS

[X] None    [ ] Yes

| NAME | CDC NUMBER | INST/REGION / AGENT | HEARING DATE |
|------|-----------|---------------------|--------------|
| MATTHEWS, OLIVER | K39692 | CHULA VISTA 3 / 4 KEMP, ANDREA | 19-OCT-2007 |

STATE OF CALIFORNIA                                                                    DEPARTMENT OF CORRECTIONS

**SUMMARY OF PAROLE ADJUSTMENT**
* CDC 1521-B (1/91)

### ATTACH LEGAL STATUS SUMMARY

| CDC NUMBER | NAME (LAST, FIRST, MI) | DATE OF REPORT |
|---|---|---|
| K39692 | MATTHEWS, OLIVER | 09-30-07 |

| PRIOR COMMITMENT(S) | | |
|---|---|---|
| OFFENSE TITLE(S) | CODE SECTION(S) | DATE(S) OF COMMITMENT |
| Burglary 1st/ Possession of Controlled Substance | PC459/HS11350 | 02-20-97 |
| | | |
| | | |

| SPECIAL CONDITION(S) OF PAROLE | INITIAL PAROLE DATE | LAST REV. REL DATE (RRD) |
|---|---|---|
| ANT<br>NO CONTACT WITH VICTIMS | 07-15-04 | 02-21-06 |

### RESIDENCE

| LAST KNOWN ADDRESS | LIVING WITH | RESIDENTIAL PATTERN |
|---|---|---|
| 223 W. 49TH Street<br>SAN DIEGO, CA | OLIVER MATTHEWS SR. | STABLE |

### MEANS OF SUPPORT

| SOURCE OF SUPPORT | IF EMPLOYED, EMPLOYER'S NAME & BUSINESS ADDRESS | DATES EMPLOYED FR: - TO: | POSITION HELD |
|---|---|---|---|
| UNKNOWN | - | - | - |

**EVALUATION** - Cover the period from date of last release to current report. Include positive and negative factors of this release and community programs available in lieu of revocation, e.g. drug programs, psychiatric in-patient or out-patient, etc.

Oliver Matthews is a 43 year old Second-Termer committed to the California Department of Corrections for the offense Petty Theft with a Prior. He received a thirty two month term.

His criminal history consists of convictions for Appropriate lost Property, Assault on a Peace Officer, Use of a Controlled Substance, Transport/ Sell Controlled Substance, Burglary 1st, Possess Control Substance Paraphernalia, Possess Controlled Substance, Theft, and Petty Theft with Prior.

Matthews parole adjustment to this date has been positive. He has reported as instructed with no violations. The present charges are serious and warrant a return to custody.

| PAROLEE'S NAME | | CDC NUMBER |
|---|---|---|
| | MATTHEWS, OLIVER | K39692 |

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

Oliver Matthews Jr.

FILING FEE PAID
Yes ___ No ✓

IFP MOTION FILED
Yes ✓

COPIES SENT TO
Court ___ Prose ___

1254    1983

JAN - 2 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

K. Baker

**(b) COUNTY OF RESIDENCE OF FIRST LISTED** San Diego
**PLAINTIFF**
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Oliver Matthews Jr.
PO Box 799001
San Diego, CA 92179
K-39692

**ATTORNEYS (IF KNOWN)**

'08 CV 0011 JLS PCL

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question
(U.S. Government Not a Party)

☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX**
**(For Diversity Cases Only)     FOR PLAINTIFF AND ONE BOX FOR DEFENDANT**

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).**

## 42 U.S.C. 1983

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 310 Airplane | ☐ 362 Personal Injury-Medical Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Product Liability | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities Exchange |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 530 General | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 540 Mandamus & Other | ☐ Security Act | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☒ 550 Civil Rights | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | | | | |

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

☒ 1 Original Proceeding   ☐ 2 Removal from State Court   ☐ 3 Remanded from Appelate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN**
**COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23

DEMAND $

Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY (See Instructions):**     JUDGE                     Docket Number

DATE     1/2/2008     SIGNATURE OF ATTORNEY OF RECORD

R. MULLIN