PLAINTIFF/PETITIONER/MOVANT'S NAME: OLIVER MATTHEWS  FAC-1 3/316u

PRISON NUMBER: K39692

PLACE OF CONFINEMENT: RICHARD J. DONOVAN STATE PRISON

ADDRESS: 480 ALTA RD. P.O. BOX 799001 SAN DIEGO, CA. 92179

FILED
JAN - 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# United States District Court
## Southern District Of California

2254 ___ 1983 ___
FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ✓ No ___
COPIES SENT TO
Court ✓ Prose ___

OLIVER MATTHEWS K39692,
Plaintiff/Petitioner/Movant

v.

BOARD OF PAROLE HEARINGS
STATE OF CALIFORNIA
Hearing Officer: K. BAKER,
Defendant/Respondent

Civil No. 08 CV 0011 JLS PCL
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I, _____,
declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

In further support of this application, I answer the following question under penalty of perjury:
1. Are you currently incarcerated? ☑ Yes ☐ No   (If "No" go to question 2)
   If "Yes," state the place of your incarceration RICHARD J. DONOVAN STATE PRISON
   Are you employed at the institution?        ☐ Yes ☑ No
   Do you receive any payment from the institution? ☐ Yes ☑ No
   [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

2. Are you currently employed? ☐ Yes ☑ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer._____
   _____
   _____
   _____

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. __None._____
   _____
   _____
   _____

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment    ☐ Yes ☑ No
   b. Rent payments, royalties interest or dividends    ☐ Yes ☑ No
   c. Pensions, annuities or life insurance             ☐ Yes ☑ No
   d. Disability or workers compensation                ☐ Yes ☑ No
   e. Social Security, disability or other welfare      ☐ Yes ☑ No
   e. Gifts or inheritances                             ☐ Yes ☑ No
   f. Spousal or child support                          ☐ Yes ☑ No
   g. Any other sources                                 ☐ Yes ☑ No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month._____
   _____
   _____

4. Do you have any checking account(s)? ☐ Yes ☑ No
   a. Name(s) and address(es) of bank(s):_____
   b. Present balance in account(s):_____

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts? ☐ Yes ☑ No
   a. Name(s) and address(es) of bank(s):_____
   b. Present balance in account(s):_____

6. Do you own an automobile or other motor vehicle? ☐ Yes ☑ No
   a. Make:_____ Year:_____ Model:_____
   b. Is it financed? ☐ Yes ☐ No
   c. If so, what is the amount owed?_____

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   ☐ Yes   ☑ No
   If "Yes" describe the property and state its value. _____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. _self._

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable): _None._

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]): _None._

12. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you must explain the sources of funds for your day-to-day expenses. _Homeless pan handling._

I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.

_12-10-2007_  
DATE

_Olim Mathew A_  
SIGNATURE OF APPLICANT

# CERTIFIED STATEMENT OF TRUST ACCOUNT

I, **OLIVER MATTHEWS** (Name), **K39692** (CDC #), **FAC-2 GYM/1094** (Housing Unit) am seeking to bring a civil action or appeal a judgment in **Superior Court of San Diego, CA.** (Title of the Court: i.e. U.S. District Court) without prepayment of fees (In Forma Pauperis) pursuant to 28 U.S.C. 1915(a)(2).

Enter the caption for the legal action:

**OLIVER MATTHEWS K39692** (Plaintiff) v. **BOARD OF PAROLE HEARINGS - STATE OF CALIFORNIA Hearing Officer: K. BAKER** (Defendant)

Address of the Court: **Clerk of U.S. District Court, 880 Front Street / Room 4290, San Diego, CA. 92101-8900**

In order to proceed, a certified copy of my Trust Fund Account must be submitted to the court of jurisdiction. I understand that CDC regulations and the court require that the certified copy be submitted directly to the Court from the Institution's Accounting office. I request a statment be sent to the court.

_[signed] Oliver Matthews_
Inmate Signature:

---

This form must be submitted to the Central Librarian who will log the request in and forward the form to the Accounting office at the institution for processing.

The Inmate Request For Certified Statement Of Trust Account was received in the Central Library on, **12-11-07**, by _[signature] Juan Laguna, LTA_
Name of Librarian who logged request

---

A Certified Statement Of Trust Account for a six month period from **5-1-07** through **12-16-07** for the above identified inmate was processed through the Accounting Office at the Richard J. Donovan Correctional Facility on, **12-16-07**, by **C. Rodriguez**
Name of person processing

I, **C. Rodriguez**, declare that on, **12-16-07**, I deposited the Certified Statement of Trust Account in the United States Postal Service addressed as follows.

Signed _[signature] C. Rodriguez_
Signature of employee mailing statement

If you are a prisoner you <u>must</u> have an officer from your institution provide this official certificate as to the amount of money in your prison account. <u>There are no exceptions to this requirement.</u>

## PRISON CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant __Oliver Matthews Jr.__
(NAME OF INMATE)

__K39692__
(INMATE'S CDC NUMBER)

has the sum of $ __.09__ on account to his/her credit at __Richard J. Donovan Correctional Facility__
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities __N/A__

to his/her credit according to the records of the aforementioned institution. I further certify that during the past six months the applicant's *average monthly balance* was $ __4.50__

and the *average monthly deposits* to the applicant's account was $ __4.50__

<u>ALL PRISONERS *MUST* ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).</u>

__12-16-07__
DATE

__C. Rodriguez__
SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

__C. Rodriguez__
OFFICER'S FULL NAME (PRINTED)

__Account Clerk II__
OFFICER'S TITLE/RANK

CIV-67 (Rev. 2/05)                    -4-                    K:\COMMON\FORMS\CIV-67

## TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
### (Incarcerated applicants only)

(This form **MUST** be completed by the <u>prisoner</u> requesting to proceed <u>in forma pauperis</u>. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed <u>in forma pauperis</u>.)

I, __OLIVER MATTHEWS K34692__, request and authorize the agency holding me in
(Name of Prisoner/ CDC No.)
custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either ☐ $250 (civil complaint) or ☐ $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

__12-10-2007__  __[signature]__
DATE                    SIGNATURE OF PRISONER

CIV-67 (Rev. 2/05)       -5-       K:\COMMON\FORMS\CIV-67

```
REPORT ID: TS3030 .701                              REPORT DATE: 12/17/07
                                                    PAGE NO:       1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                         R.J.DONOVAN CORR. FACILITY
                       INMATE TRUST ACCOUNTING SYSTEM
                        INMATE TRUST ACCOUNT STATEMENT

                FOR THE PERIOD: MAY  01, 2007 THRU DEC. 17, 2007

ACCOUNT NUMBER : K39692              BED/CELL NUMBER: F2GY00000000109U
ACCOUNT NAME   : MATTHEWS, OLIVER JR  ACCOUNT TYPE: I
PRIVILEGE GROUP: U
                           TRUST ACCOUNT ACTIVITY
    TRAN
DATE  CODE  DESCRIPTION   COMMENT    CHECK NUM  DEPOSITS  WITHDRAWALS  BALANCE
-----  ----  -----------   --------   ---------  --------  -----------  -------

05/01/2007   BEGINNING BALANCE                                            0.00

10/31*DD30 CASH DEPOSIT  2232/POBOX              9.00                     9.00
11/02 W501 SHIPPING CHAR 2298/UPS                           3.91          5.09
11/05*DD30 CASH DEPOSIT  2304/POBOX             18.00                    23.09
11/15 FC04 DRAW-FAC 4    2539/F43RD                        23.00          0.09


                    * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 02/07/97                CASE NUMBER: *SCD101913
COUNTY CODE: *SD                        FINE AMOUNT: $  1,500.00

   DATE      TRANS.   DESCRIPTION              TRANS. AMT.     BALANCE
  --------   ------   -----------------------  -----------     -------

05/01/2007   BEGINNING BALANCE                                  1,500.00

10/31/07     DR30     REST DED-CASH DEPOSIT       10.00-        1,490.00
11/05/07     DR30     REST DED-CASH DEPOSIT       20.00-        1,470.00

     * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
     * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


                           TRUST ACCOUNT SUMMARY

  BEGINNING      TOTAL        TOTAL        CURRENT       HOLDS      TRANSACTIONS
   BALANCE     DEPOSITS    WITHDRAWALS     BALANCE      BALANCE     TO BE POSTED
  ---------    --------    -----------    ---------    ---------    ------------
     0.00       27.00         26.91          0.09         0.00          0.00

                                                         CURRENT
                                                         AVAILABLE
                                                         BALANCE
                                                         --------
                                                           0.09
```

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 12-16-07
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature]
TRUST OFFICE