08CV0011 JLS (PCL)

FILED
2008 FEB -8 PM 2:57
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY RM DEPUTY

TO THE OFFICE OF THE CLERK:
UNITED STATES DISTRICT COURT- SOUTHERN DISTRICT OF CALIFORNIA

I prisoner MATTHEWS K39692 are forwarding this letter to your office's to give you notice of address change. My address is now:

480 ALTA RD. P.O. Box 799005
SAN DIEGO, CA. 92179

I thank you and appreciate your time and service's concerning this matter.



Owen Matthews K39692 FAC-5 21/203U
480 Alta Rd.
P.O. Box 799005
San Diego, CA. 92179

LEGAL MAIL:

United States District Court
Southern District of California
Office of the Clerk
880 Front Street, Suite 4290
San Diego, California 8900