FILED

To Office of the Clerk;

2008 FEB 28 PM 3:49

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY ___RM___ DEPUTY

I prisoner Matthews are forwarding this letter to your office's to give you notice's of change of address as stated on front side of envelope, and for civil docket for case #: 3:08-cv-00011-JLS-PCL. I shall be looking forward to receiving response unto this letter and thank you for your concerns and time

Sincerely

Oliver Matthews
OLIVER MATTHEWS
K39692

OLIVER MATTHEWS K39692 FAC-5 21/203U
480 ALTA RD.
P.O. Box 799005
SAN DIEGO, CA. 92179

LEGAL MAIL.

R J DONOVAN
DEPT OF
CORRECTIONS
& REHABILITATION

$0.41
FEB 27 2008
US POSTAGE
FIRST-CLASS
MAILED FROM 92179

UNITED STATES DISTRICT COURT
Southern District of California
Office of the Clerk
880 Front Street, Suite 4290
San Diego, CA 92101-8900