# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Oliver Matthews, Jr

           **V.**                                        **JUDGMENT IN A CIVIL CASE**

K Baker

                                        **CASE NUMBER:**    08cv11 JLS (PCL)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Plaintiff's First Amended Complaint is Dismissed for failing for seeking monetary damages against an immune defendant pursuant to 28 U.S.C. § 1915(e)(2)(B) and § 1915A(b). Moreover, because the Court finds amendment of Plaintiff's § 1983 claims would be futile at this time, leave to amend is denied.

| April 10, 2008 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/M. Zvers
(By) Deputy Clerk
ENTERED ON April 10, 2008